UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN J. BADOCK, JR. | ) |
| | ) Case No. 06-3102 |
| Plaintiff, | ) |
| | ) |
| vs. | ) O R D E R |
| | ) |
| CITY OF CLEVELAND ET AL. | ) |
| | ) |
| Defendant. | ) |

On March 27, 2007, this Court notified plaintiff that unless good cause is shown for failure to serve defendant as provided under the rules, this action would be dismissed for want of prosecution. Upon review of the docket, there has been no good cause shown and no service of the summons and complaint upon the defendant in this matter. Therefore,

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure the above entitled case is hereby dismissed without prejudice for want of prosecution.

IT IS SO ORDERED.

Dated: 05/16/2007

*Christopher A. Boyko*
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

FILED
MAY 16 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND